**Russell SMITH, Plaintiff–Appellant,**

**v.**

**Kristen TYLER, Captain, State official, individually and in her official capacity as Captain Eastern Correctional Institution; Lieutenant Clayton, State official, individually and in his official capacity as Lieutenant Eastern Correctional Institution; Sergeant Coloma, State official, individually and in his official capacity as Sergeant Eastern Correctional Institution; Officer Stacey, State official, individually and in her official capacity as Correctional officer Eastern Correction Institution; Kathleen Green; Paul Ziolkowski; Jamie Balderson; Scott S. Oakley; Leonora C. Adegbesan; Michael J. Stouffer; Michael Miller, Defendants–Appellees.**

No. 11–6901.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2011.

Decided: Nov. 23, 2011.

Russell Smith, Appellant pro se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before KING, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Smith appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his Fed.R.Civ.P. 59(e) motion to alter or amend that judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Smith v. Tyler,* No. 8:09–cv–01061–PJM (D. Md. Feb. 15 & May 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*